JONES, OBISPO CATÓLICO DE PUERTO RICO *v.* EL REGISTRADOR DE LA PROPIEDAD.

RECURSO gubernativo contra nota del Registrador de la Propiedad de San Juan, Sección 1ª.

No. 77.—Resuelto en febrero 14, 1911.

CANCELACIÓN—FACULTADES DEL OBISPO CATÓLICO COMO REPRESENTANTE DE LA IGLESIA.—El Obispo de la Iglesia Católica Apostólica Romana en Puerto Rico, es jefe y representante de dicha Iglesia con todos los poderes y facultades necesarias para el gobierno de la misma, y por tanto, tiene facultades para cancelar por sí, o por medio de delegados, los gravámenes de cualquier clase constituídos a favor de la Iglesia que rige y gobierna, o de sus establecimientos u organismos.

ID.—De acuerdo con lo dispuesto en el párrafo anterior, al Obispo Católico compete la cancelación de los gravámenes constituídos a favor del Seminario Conciliar, de la fábrica de Catedral, de capellanías vacantes, del hospital de caridad y de la mesa capitular, pues éstos son organismos que funcionan bajo su dirección y dependencia y que no tienen facultades propias e independientes para la enajenación de derechos.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Juan Hernández López.*

EL JUEZ PRESIDENTE, SR. HERNÁNDEZ, emitió la opinión del tribunal.

Por escritura otorgada el 16 de septiembre de 1910 ante

el Notario Don Gabriel Guerra, el Reverendísimo William A.
Jones, en su carácter de Obispo de la Iglesia Católica Apos-
tólica Romana en Puerto Rico, confesó haber recibido de Doña
Carmen Felipa Somohano y Arce la cantidad cuatro mil se-
tenta y dos dollars, diez centavos, equivalente a la de seis
mil setecientos ochenta y tres pesos, cincuenta centavos, que
representaban los siguientes capitales a censo y tributo, a
saber: uno a favor del Seminario Conciliar de esta ciudad
por tres mil setecientos noventa y tres pesos cincuenta cen-
tavos; otro, a favor de la fábrica de Catedral, por ciento
setenta y cinco pesos; otro, a favor de Capellanías vacantes,
por trescientos cinco pesos; dos, a favor de la Mesa Capitular
por doscientos veinte y cinco y doscientos ochenta y cinco
pesos; otro a favor del Hospital de Caridad de esta ciudad
por mil cuatrocientos pesos; otro a favor de la Real Hacienda,
antes Frailes Franciscanos, por doscientos pesos; y otro, a
favor de los Frailes Domínicos por cuatrocientos pesos, cuyos
capitales gravaban la casa de tres pisos de mampostería y
azotea, radicada en la calle de San Francisco de esta ciudad
y marcada con el número 28, de la propiedad de la referida
Señora; y en su consecuencia el mencionado Señor Obispo
otorgó carta de pago y de cancelación de los censos relacio-
nados por haber sido satisfechos con los réditos correspon-
dientes.

Presentada copia de la anterior escritura en el Registro
de la Propiedad de San Juan, Sección 1ª. para la cancelación
de los censos a que se refiere, el registrador la denegó en los
siguientes términos:

"No admitida la cancelación que comprende el anterior documento
por no estar inscritos los capitales a censo que se cancelan, a nombre
de la persona que otorga la cancelación. No se ha extendido anota-
ción preventiva. San Juan, octubre 8 de 1910. El Registrador, José
S. Belaval."

Esa nota está hoy sometida a nuestra consideración a
virtud de recurso gubernativo contra ella interpuesto.

No estamos conformes con la denegación de cancelación en cuanto a los censos constituídos a favor del Seminario Conciliar, de la fábrica de Catedral, de Capellanías vacantes, del Hospital de Caridad y de la Mesa Capitular, pues el Reverendísimo William A. Jones, en su carácter de Obispo de la Iglesia Católica Apostólica Romana en Puerto Rico, cuyo carácter no discute el Registrador de San Juan, es Jefe y Representante de dicha Iglesia con todos los poderes y facultades necesarias para el gobierno de la misma; y por tanto, a él solo, por sí, o por medio de delegados, compete la cancelación de los gravámenes de cualquier clase constituídos a favor de la Iglesia que rige y gobierna o de cualquiera de sus establecimientos u organismos. De aquí que no es posible negar representación al Obispo de la Iglesia Católica Apostólica Romana en Puerto Rico para cancelar gravámenes a favor del Seminario Conciliar, de la fábrica de Catedral, de Capellanías vacantes, del Hospital de Caridad y de la Mesa Capitular, por tratarse de establecimientos o entidades de la Iglesia Católica Apostólica Romana en Puerto Rico, que funcionan bajo la dirección y dependencia de su Obispo y que no tienen facultades propias e independientes para la enajenación de derechos, como los que han sido cancelados por la escritura de 16 de septiembre del año próximo pasado.

La representación de la Iglesia Católica Apostólica Romana en Puerto Rico, incumbía a su Obispo durante la dominación Española, y el Tratado de París celebrado entre los Estados Unidos y España no hizo innovación alguna sobre el particular, sino que por el contrario ha reconocido a la Iglesia sus derechos, aunque sin establecer preferencias en relación con otras religiones. Aún más, después de haber sido aprobada en 10 de marzo de 1904 la Ley confiriendo jurisdicción original a este Tribunal Supremo para conocer sobre ciertas propiedades reclamadas por la Iglesia Católica Romana de Puerto Rico, y resolver acerca de las mismas, fueron promovidos diversos pleitos por el Obispo Católico Apostólico Romano de Puerto Rico en representación de su Iglesia, recla-

mando la propiedad de la Catedral, del Seminario Conciliar, de varias Iglesias Parroquiales, de Conventos y censos que pertenecieron a comunidades religiosas, de que se había incautado la Real Hacienda, y en todos esos pleitos fué admitida la representación del Obispo Católico Apostólico Romano de Puerto Rico, siendo de notar que uno de esos pleitos ó sea el relativo á la Iglesia de Ponce, fué decidido ejecutoriamente a favor del Obispo Católico de Puerto Rico por el Tribunal Supremo de los Estados Unidos, y que otros dos terminaron por medio de transacción a virtud de la resolución conjunta aprobada en 16 de septiembre de 1908, en cuya transacción intervinieron representantes de los Estados Unidos, de El Pueblo de Puerto Rico y de la Iglesia Católica Apostólica Romana de Puerto Rico, a la que representaba su Obispo, sin que la representación de éste fuera impugnada por los demás.

Entendemos, pues, que los capitales a censo a favor del Seminario Conciliar, de la fábrica de Catedral, de Capellanías vacantes, de la Mesa Capitular y del Hospital de Caridad, pertenecen a la Iglesia Católica Apostólica Romana de Puerto Rico; y por tanto, su representante legal, que es el Obispo, cuya representación es indiscutible, ha podido cancelarlos, siendo eficaz tal cancelación y por tanto, inscribible en el registro.

En cuanto a los censos, uno de ellos a favor de la Real Hacienda, y otro a favor de los Frailes Domínicos, entendemos que para obtener su cancelación en el registro de la propiedad, debe justificarse que esos dos censos fueron de los adjudicados a la Iglesia Católica Romana de Puerto Rico, en virtud de la transacción a que se refiere la resolución conjunta de que dejamos hecho mérito, pues de otro modo se infringiría el artículo 20 de la Ley Hipotecaria.

Por las razones expuestas, entendemos que procede confirmar la nota recurrida en cuanto se refiere a los dos censos a favor de la Real Hacienda, antes Frailes Franciscanos, y a

favor de los Padres Domínicos, revocando dicha nota en cuanto a los demás Censos, por ser inscribible su cancelación.

*Confirmada.*

Jueces concurrentes: Sres. Asociados MacLeary, Wolf, del Toro y Aldrey.